Copies to: Judge
AUSA – Special Proceedings
Dft.

United States District Court
For Honor District Court For
The District Of Columbia
Nations' Capitol .......
Washington, D.C.

Let This be
filed Hogan, C.J.
10/2/07

CR 73-852-TFH

Petitioner – Name
/S/ Mr. Terry L. Burgin El-Bay,
aka-Serge Gilivroy;
Mr. Terry L. Burgin

V.S.

Resident – Attorney
Number: 22241-1175
IDH-315-3 Wa-D.C.
S.S. Number
Case No. Docket
Number:
Honor Court No.

Respondent – Name
/S/ United States Of America –
Honor – Capacities;
U.S. Parole Commission –
Honor – Capacities

**FILED**

OCT – 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Writ Of Mandamus
Petition

RECEIVED

SEP 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Responding – Petitioner, Here-By
Pose-Place -The Honor Government's .......

Petition For A Writ Of Mandamus,
In Which It Asks This Honor Court-
Court-Capacities To - Invoke It's .....
Extraordinary - Mandamus Jurisdiction
To - Order District Judges - Statues;
To Issue A Final Ruling On The
Defendant's - Respondent's ..... Constitution
s And Amendment's Right's - Violation's -
Be - Stop - Immediate - Against - Petitioner."
Immediate - Release, And Honeyatory - Relief
As - Honor-abk Court - Deem, By The Consti-
tution - Violation's - Abuse - To Petitioner - Strong
- Stop;..... In 30 Day's "..... Honorable Court
And s Honorable Judge - Capacities."

   As Will Be Demonstrated - Here - .....
Petitioner - Writ Mandamus - Herein Govern -
ment - "Has Not Met It's Heavy - Burden -
To - Petitioner - According; To - Constitution s And
Amendment- Right's" "To Petitioner -Not Been
Given ",..... Procedure's s Proceeding's - Pois
Hone - Constitution s And Amendment - Right's:
Proceeding; Hearing, Holes, or Copies - Procedure's -
Probable Cause. "That is Causing) Irreparable
- Strong And, Risk - Pass - Discretion:.....
To Petitioner, Not - Being) Given - "5" Day's
Procedure's s Proceeding; As Prescribed By
[2]

The Constitution, And Amendment Right's,
4 th, 5, 6 th & 8 th - In Compassing All
Right's. Time - Has - Pass - Not Has - To -
Petitioner; In All Constitution Right's
And Amendment's - Prescribed - By - Law;
Hearing, Notice or Copies, For 5 Day's To
90 Day's - Time - To "Be - Done. Not done
Over Original Sentence "That Has Been
Completed - Since, 2003." Thus Cause's
Violation - Here Mandamus With - Petitioner,
Honor Court - use; ..... To Stop - Abuse - The
Government's And The Public, In General;
Have a Genuine - Ned To - Resolve - This
Case - Promptly; ..... Stop - Constitution & .....
And Amendment Right's - To - Petitioner".
In Re U.S., 128 7. 2 D 23, 30 "1 St Cir. -
1998". In Re Cargill, Inc, 117. 3 D 1256,
1260 "1 St Cir. 1998"; Hill V. Calvert 4 ie-
Ins. Co, 437 U. S. 155, 161-62, 98 S.-
Ct 2232, 57 L. Ed. 2 D 505 1978, .....
Citing Knickerbocker Ins. Co Of Chicago
V. Comstock, 83 U.S. 258, 21 L. Ed. 493,"
1872; 6 - Six Unknown Agencies; ..... -
Constitution - With - In Honor District Of
Columbia - National - Capitol - Washington,
D.C. -; Jurisdiction: Is Given - By
Law - Petitioner - File, And Have - Relief;

[3]

"Not - Have Any) - Right's "; Constitution's And, Amendment's Right's ...... Violated - In Any - Minor or Time." All - Citizen - Govern'd - She, He, Youth's; By - United States ...... Honor - Constitution Right's's And Amen - dment's - Right - ; ...... None - Never ..... Be Violated." U. S. C. A. § 1651, And Rule 21 - Of Federal Rules Of - Appellate - Procedures - Right's."

"Relief Sought, And Issue - Fact's":

Bench Warrant - Answer, 6 - 11 - 07 - At D. C. Jail - Facility); Went To Honor District - Court - District Of Columbia, - National Capitol, Washington, D. C.; To Answer Warrant Proceed - ing): Was a Escape - Title':..... Warant - Given Know - Notice, Copies, Hearing) Dated):- As Probable Cause - Procedure's and Proceeding). In Any Form; ..... To What - Agencies - Capacities, Of Bench Warrant - of Question; ..... Place on Petitioner." For Petitioner - Sentence, was Complete - d - In 2003. "Shock - Emphasis." Petitioner was Return to D. C. Jail Facility). 6 - 11 - 07 - Evening), Know - Notice, Copies, Receipt, Hearing Date." I - Petitioner - Check - D. C. Jail - Administration Capacities; since Petitioner - has Know ...... Sentence, "How - Being Held ": Confinement's" Oral-ly, Was Explain - By, Administration Capacities - Unit Area Manger - Person, and Record's Director - Department."

[4]

Capacities - Administration - Epistance ; Personal - ee's
Stated - Was A Parole Commission - Warrant ."
Shock - Emphasize - ; Sentence - Original - was
Finish In 2003 ." All, Capacities - Of Warrant -
Procedures, and Proceeding ; have 5 Days too
90 Day's - To - Not - Violate - Petitioner .....
Constitution Right'z And Amendment Right's -
Probable Cause - Procedure, s Proceeding Right's ."
Have Hearing, With Attorney ; in these Day's -
Time - Open Arrest ." This Has Not been Done -
in Any Honor - Administrative Capacities - Court -
or Parole Commission. It's, now 8-1-07 and
Know Longer at - D. C. Jail - Facility. Been
Transferred - Rivers Correctional Institution -
Winton, North Carolina ." Still, Know Hearing
Notice - ; Only - Will - See - Commission Of
Parole - Capacities - here - Winton, N. C, in
This - Month or Sept. Administration gave
Classification - Papers ." And, I - still have
know - Sentence and, Their - here Winton,
North Carolina, show - Sentence - Been over
In 2003 ." 500 Indiana Avenue, N. W .....
Parole Commission - National Capitol .....
Washington, D. C. ." Record Sir'd - Release
Book Of 2003 ; Alter and Show Time -
Sentence is Finish - First Floor - Precinct -
Off - ice ." Honorable District Court, Habeas Corpus -
Decision. Honor - mean - Judge - Decision -
2004 ." Will, also - Show - Have Know Sentence ."

127

With Check, All - Their - Administrative -
Capacities; Clear - Show - Have - Know Sentence."
And, Know Need Bench - Warrant Of - Escape."
Sentence - Been - Finish. "I am Quieting with
here - Writ - Mandamus - Be Rule; In Stop"-
ing - Petitioner - From Being Held In Violation -
Constitution Right's and Amendment's Right's:
4th 6th & 8th - Eight - Encompassing All - Right's -
To Stop" - Against - Petitioner." Immediate Release -
and, Relief - Honor-able Court - Deem" - . . . . . . . .
"Monyatory"; Wrong Confinement.

        "Summary Of Argument:

See - Attach - Legal Section's, Record's;
be here - Til - Conclusion - Section"
            Following Legal-Section, all out With 18
U.S. Codes and District Of Columbia - Codes; Relief & Release,
§ 43:4, 43:6, 8, 12, 25, 28, 33; All - Section 43 and 4[th] & 6[th] Amendment's -
Right 2.; § 47.6, 47.15 - Dismissal - From - Confinement, and, not - even "
Procedure or Proceeding - Right's . By Any Respondent's - Capacities."
§ 44:3, 44:6, 44:28 - Know Right's or Notice) with in 5 Day's or 90 Day's."
§ 45:29 Relief - the Court - Bum, in Conceding; This Case and Right's
Violation - against - I - Petitioner - here File - "Mandamus".
28 C.F.R. § 2.20, "not done in Five Day; Petitioner is be
Release and, not too a New State". Probable Cause."
U.S. V. Webster 492 F. 2d 1048 D.C. 1974
U.S. Ex Rel Carson V. Taylor 540 F. 2d 1156 2D Cir. 1976
Delay & Day's Over; "Waslowskaa V. U.S. B. P. 397. 2d 935 3D Cir. 1980
7th meal V. U.S. 253 F. 2d 66 10th Cir 1977; 60 - Day's Sinclair V. Herman
986 F. 2. D 4407 10th Cir. 1993; Invalid or Pass Juke': Smith V. U.S.
547 F. 2 D 1025 5th Cir. 1948. 90 - Day's Ellis V. District Of Columbia
84 F. 3 D. 1413 D.C. Cir. 1996, Technical Violation's must be throw out, of
Local Hearing Proceding. "White V. White, 925 F. 2d 287 9th Cir. 1991.
Jurisdiction': Greene V. Michigan Dept. Of Correction, 315 F. 2d 544 6th Cir. 196.
C.F. 28. 2302, "6" etc. - Must so by Procedure's, Proceeding Right's
Of Constitution United States"
    [6]

# "Conclusion"

Concur's, Express -ed in Present.....
Petitioner; - Writ Mandamus -: Have
already come To - Fruition and, Petitioner -
is Continue Held - With - Out - any Sentence -
" Has Cause added - Stress, of Irreparable
Harm - To - all - The Government, and
Public." Petitioner - Wrong - By Not Have -
ing Having Constitution Right's, And
Amendment Right's - Stop - Being, Violated -
By Constitution Right's and Amendment -
Right's - By United States -, Constitution "
Stop - Abuse - To - Petitioner ...... And
Grant - Here - Writ Mandamus, and
Stop - Further - Damage -To- Petitioner,
Constitution Right's, And Amendment -
Right's, .... Procedures & Proceeding "

        Respectfully - Request's - This
Honor Court - Order - Petitioner - Here -
Writ Mandamus; To Immediate -
Release, and Stop 4th 6th 8th Constitution
and Amendment Right's - Against Petitioner."
Monegatory Relief - as Honor-mess Court -
Deem (Requesting) - All - Constitution -
Violations - Against - Petitioner." Procedures,
Proceeding - and Bench Warrant - Escape -,
Writ Know Sentence."

        171

That is Finish." With In - 30 Days."

Supreme Court - Honor - um - mean ;
Recognize - All - Constitution Right's
And Amendment's - Right's. "All - Can -
Never Be - Held - Against - Any Citizenry -
Govern - ; At Any Time - Be - Denied ":
Of Tooth and Beyond Shadow Of Doubt -
Of The Law; "Serious - Abuse - Consequences -
Can't - Be - To - Petitioner - Or - Citizenry - Govern -
She, He, Youth's." Honor - able - Court -
Granting - Present - Here - Writ Mandamus -
- Petitioner - Await's ". " See, Attach - Notice Sentence -
be complete - as Pending Habeas Corpus; Attest Honor District
For The District Of Columbia. "!!"

Respectfully Submitted,
Petitioner /S/ Mr. Terry L. Bruin X-Ray
Aka - Same Citizenry,
Mr. Terry L. Bruin

This Day 7th Of Sept. Year 2007

Notary Public Rita C. Williams
/S/

/S/

```
   RIVA0   540*23  *            SENTENCE MONITORING           *     08-07-2007
PAGE 001             *            COMPUTATION DATA              *     11:25:12
                                 AS OF 08-07-2007
```

REGNO..: 22241-175 NAME: BURGIN, TERRY L

```
FBI NO...........: 677812F            DATE OF BIRTH:
ARS1.............: RIV/A-DES
UNIT.............: C                  QUARTERS.....: Z01-215LAD
DETAINERS........: NO                 NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 11-19-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-19-2007 VIA PAROLE

-----------------------CURRENT JUDGMENT/WARRANT NO: 060 -----------------------

```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 74-138,852-73
JUDGE...........................: GASCH
DATE SENTENCED/PROBATION IMPOSED: 05-29-1974
DATE WARRANT ISSUED.............: 12-10-2002
DATE WARRANT EXECUTED...........: 04-15-2003
DATE COMMITTED..................: 07-21-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 -----------------------

OFFENSE CODE....:  602
OFF/CHG: ASSAULT POLICE OFFICER, ARMED KIDNAPPING, ASSAULT DANGEROUS
         WEAPON.

```
 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    30 YEARS
 NEW SENTENCE IMPOSED...........:  1619 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 10-05-1973
```

G0002        MORE PAGES TO FOLLOW . . .

**FILED**

Attachments    OCT - 4 2007

CR 74-138-
TFH

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*my or Oct - 07*
*(Place Parole Hearing)*
*as early as these Months)*
*Pass 90 Day's of Limit)*
*Results - 8-9-07 - from Unit*
*Capitalia)"*

```
   RIVA0   540*23 *          SENTENCE MONITORING          *      02-07-2006
PAGE 001         *          COMPUTATION DATA             *      10:12:01
                               AS OF 02-07-2006
```

REGNO..: 22241-175 NAME: BURGIN, TERRY L


```
FBI NO...........: 677812F              DATE OF BIRTH:
ARS1.............: RIV/A-DES
UNIT.............: C                    QUARTERS.....: C05-212U
DETAINERS........: NO                   NOTIFICATIONS: NO
```

PRE-RELEASE PREPARATION DATE: 11-17-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  03-19-2008 VIA MAND REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 060 ------------------------


```
COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 74-138,852-73
JUDGE...........................: GASCH
DATE SENTENCED/PROBATION IMPOSED: 05-29-1974
DATE WARRANT ISSUED.............: 12-10-2002
DATE WARRANT EXECUTED...........: 04-15-2003
DATE COMMITTED..................: 07-21-2003
HOW COMMITTED...................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED...............: NO
SPECIAL PAROLE TERM.............:
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------

OFFENSE CODE....:   602
OFF/CHG: ASSAULT POLICE OFFICER, ARMED KIDNAPPING, ASSAULT DANGEROUS
         WEAPON.

```
 SENTENCE PROCEDURE.............: DC CODE ADULT
 SENTENCE IMPOSED/TIME TO SERVE.:    30 YEARS
 NEW SENTENCE IMPOSED...........:  1619 DAYS
 BASIS FOR CHANGE...............: PAROLE VIOLATOR WARRANT EXEC
 DATE OF OFFENSE................: 10-05-1973
```

G0002       MORE PAGES TO FOLLOW . . .

```
   RIVA0   540*23 *           SENTENCE MONITORING           *
PAGE 002 OF 002 *              COMPUTATION DATA              *      10:12:01
                                AS OF 02-07-2006

REGNO..: 22241-175 NAME: BURGIN, TERRY L
                                              020

------------------------CURRENT COMPUTATION NO: 030 --------------------------


COMPUTATION 030 WAS LAST UPDATED ON 12-20-2005 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-21-2005 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 060 010

DATE COMPUTATION BEGAN..........: 04-15-2003
TOTAL TERM IN EFFECT............:  1619 DAYS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS      5 MONTHS       5 DAYS
EARLIEST DATE OF OFFENSE........: 10-05-1973

JAIL CREDIT.....................:     FROM DATE     THRU DATE
                                      04-13-2003    04-14-2003

INOPERATIVE TIME.........: REASON    FROM DATE     THRU DATE
                           ESCAPE    03-12-2004    09-19-2005

TOTAL JAIL CREDIT TIME..........: 2
TOTAL INOPERATIVE TIME..........: 557
STATUTORY GOOD TIME RATE........: 7
TOTAL SGT POSSIBLE..............: 372
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 03-20-2008
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 09-28-2008
EXPIRATION FULL TERM DATE.......: 03-27-2009

NEXT PAROLE HEARING DATE........: N/A
TYPE OF HEARING.................: PAROLE EFFECTIVE

PROJECTED SATISFACTION DATE.....: 03-19-2008
PROJECTED SATISFACTION METHOD...: MAND REL




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA

_Mr. Terry L. Burgin -El-Bey- aka-Same-Citizenry;_
_Mr. Terry L. Burgin_

vs.                                    : Civil Action No. _____

_United States Of America,_
_Honor Capacities_
_Parole Commission_
_Honor Capacities_          :

### Motion/Affidavit In Support Of
### Motion To Proceed In Forma Pauperis

I, _Mr. Terry L. Burgin -El-Bey- aka-Same-Citizenry, Mr. Terry L. Burgin_, am the petitioner in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. Are you presently employed?  Yes____  No ✓
   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.
   _Evictions-mess; Scale-Rate "07"_

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession, or form of self-employment? Yes ____ No ✓

State of _NC_ County of _Pasquotank_
Signed before me on this _7th_ day
of _Apr._, 2007, by _Terry Burgin_
Notary Public _Kate C. Williams_

_Mr. Terry L. Burgin -El-Bey_
_aka- ..._
_Mr. Terry L. Burgin_

RIVERS CORRECTIONAL INSTITUTION
================================================

Resident Account Summary
Monday, August 20, 2007 @09:56

================================================================================

For REG: 22241175    BURGIN, TERRY L

--------------------------------------------------------------------------------

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 08/20/2007 | <IND POSTAG | Payment for IND POSTAGE o | -1.23 | 28.77 | 0.00 | 0.00 | |
| 08/20/2007 | DEPMO | F.M. WHITAKER | 30.00 | 30.00 | 1.23 | 0.00 | |
| 08/09/2007 | IND POSTAGE | STAMPS | 1.23 | 0.00 | 1.23 | 0.00 | |
| 08/02/2007 | BAL FWD | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 0.00 | 0.00 | |
| 12/06/2006 | MISC | ERROR ON PAYROLL | -58.00 | 0.00 | 0.00 | 0.00 | |
| 12/06/2006 | WDRAWAL CHK | VOID-PAYROLL | 58.00 | 58.00 | 0.00 | 0.00 | |
| 12/04/2006 | WDRAWAL CHK | PAYROLL | -58.00 | 0.00 | 0.00 | 0.00 | |
| 12/01/2006 | PAYROLL | SECURITY-NOV | 58.00 | 58.00 | 0.00 | 0.00 | |
| 12/01/2006 | PAYROLL | VOID-Inner Yard | -58.00 | 0.00 | 0.00 | 0.00 | |
| 12/01/2006 | PAYROLL | Inner Yard | 58.00 | 58.00 | 0.00 | 0.00 | |
| 11/21/2006 | WDRAWAL CHK | RELEASE FUNDS #22241-175 | -70.91 | 0.00 | 0.00 | 0.00 | |
| 11/20/2006 | PAYROLL | SECURITY-NOV | 67.28 | 70.91 | 0.00 | 0.00 | |
| 11/20/2006 | PAYROLL | VOID-SECURITY-NOV | -67.58 | 3.63 | 0.00 | 0.00 | |
| 11/20/2006 | PAYROLL | SECURITY-NOV | 67.58 | 71.21 | 0.00 | 0.00 | |
| 11/03/2006 | EPR | OID:100046858-ComisaryPur | -55.47 | 3.63 | 0.00 | 0.00 | |
| 11/02/2006 | PAYROLL | Inner Yard | 58.00 | 59.10 | 0.00 | 0.00 | |
| 10/06/2006 | EPR | OID:100043996-ComisaryPur | -59.52 | 1.10 | 0.00 | 0.00 | |
| 10/02/2006 | PAYROLL | SECURITY-SEPT | 58.00 | 60.62 | 0.00 | 0.00 | |
| 09/08/2006 | EPR | OID:100040809-ComisaryPur | -56.95 | 2.62 | 0.00 | 0.00 | |
| 09/06/2006 | PAYROLL | SECURITY-AUG | 58.00 | 59.57 | 0.00 | 0.00 | |
| 08/11/2006 | MISC | COMMISSARY PURCHASE | -7.00 | 1.57 | 0.00 | 0.00 | |
| 08/07/2006 | EPR | OID:100037597-ComisaryPur | -54.68 | 8.57 | 0.00 | 0.00 | |
| 08/03/2006 | PAYROLL | SECURITY-JULY | 63.00 | 63.25 | 0.00 | 0.00 | |
| 07/31/2006 | EPR | OID:100036702-ComisaryPur | -1.40 | 0.25 | 0.00 | 0.00 | |
| 07/10/2006 | EPR | OID:100034588-ComisaryPur | -34.09 | 1.65 | 0.00 | 0.00 | |
| 07/05/2006 | PAYROLL | SECURITY-JUNE | 34.00 | 35.74 | 0.00 | 0.00 | |
| 06/19/2006 | EPR | OID:100032356-ComisaryPur | -5.55 | 1.74 | 0.00 | 0.00 | |
| 06/12/2006 | EPR | OID:100031532-ComisaryPur | -26.75 | 7.29 | 0.00 | 0.00 | |
| 06/05/2006 | PAYROLL | SECURITY-MAY | 34.00 | 34.04 | 0.00 | 0.00 | |
| 05/30/2006 | EPR | OID:100029847-ComisaryPur | -20.15 | 0.04 | 0.00 | 0.00 | |
| 05/15/2006 | DEPMO | TONYA | 20.00 | 20.19 | 0.00 | 0.00 | |
| 05/08/2006 | EPR | OID:100027453-ComisaryPur | -22.69 | 0.19 | 0.00 | 0.00 | |
| 05/05/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.12 | 22.88 | 0.00 | 0.00 | |
| 05/05/2006 | PAYROLL | SECURITY-APR | 24.00 | 24.00 | 1.12 | 0.00 | |
| 04/18/2006 | <IND POSTAG | STAMPS | -0.05 | 0.00 | 1.12 | 0.00 | |
| 04/18/2006 | IND POSTAGE | STAMPS | 1.17 | 0.05 | 1.17 | 0.00 | |
| 04/10/2006 | EPR | OID:100023263-ComisaryPur | -36.87 | 0.05 | 0.00 | 0.00 | |
| 04/04/2006 | PAYROLL | SECURITY-MAR | 36.88 | 36.92 | 0.00 | 0.00 | |
| 03/06/2006 | EPR | OID:100019303-ComisaryPur | -24.08 | 0.04 | 0.00 | 0.00 | |
| 03/03/2006 | DEPMO | DEPT OF CORRECTIONS | 20.22 | 24.12 | 0.00 | 0.00 | |
| 03/02/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 3.90 | 0.00 | 0.00 | |
| 03/02/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 5.07 | 1.17 | 0.00 | |
| 03/02/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 6.24 | 2.34 | 0.00 | |
| 03/02/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 7.41 | 3.51 | 0.00 | |
| 03/02/2006 | PAYROLL | SECURITY-FEB | 8.58 | 8.58 | 4.68 | 0.00 | |
| 02/22/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 4.68 | 0.00 | |
| 02/15/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 3.51 | 0.00 | |
| 02/03/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 2.34 | 0.00 | |
| 01/27/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 1.17 | 0.00 | |
| 01/26/2006 | BAL FWD | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | |

--------------------------------------------------------------------------------

United States District Court
for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

THE ENCLOSED PAPERS ARE RETURNED FOR THE FOLLOWING REASON(S):

( )    Your pleading is being returned for your signature.

( )    Future pleadings must contain a completed address and regulation number.

( )    You must provide a case number or full name, date of birth, date of arrest and the charge.

( )    Sent to this Court in error.

( )    The cost for copying is 50 cents per page, 10 cents per page for electronic case filing
       (ECF).  The documents you have requested consist of _____ pages.  Copies will be
       forwarded to you upon receipt of a money order or check payable to "Clerk, U.S. District
       Court" in the amount of _____.  An additional $9.00 is required, if certification is
       needed.

( )    The cost for a criminal record search is $26.00.  Your request will be processed within 24
       hours upon receipt of a money order or check payable to "Clerk, U.S. District Court".

(✓)    Unable to find a case in this Court.

( )    Please provide the Court with an Original pleading.

( )    Other :_____

       _____

Date: _7/5/07_

BY: _Linda Pugh_
    CRIMINAL DIVISION UNIT
    (202) 354-3060

10/11/05

BP-S288.052 INCIDENT REPORT CDFRM
MAY 1994

*Now IT Rehearing*

F 1631905
~~1639697~~

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

1. NAME OF INSTITUTION:

*Rivers Correctional Inst.*

PART I - INCIDENT REPORT

| 2. NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | 5. TIME |
|---|---|---|---|
| *Burgin, Tony* | *22241-175* | *11-27-06* | *1935* |

| 6. PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT |
|---|---|---|
| *Furlough to Halfway House* | *unassigned* | *C O- Dio* |

9. INCIDENT

*Escape*

10. CODE

*200*

11. DESCRIPTION OF INCIDENT (Date: *11/29/06* Time: *935 PM* Staff became aware of incident)

*On 11/29/06, I Case Manager O. Davis was notified by CMC - T. Roberts and R. Cherry Major of RCI that on 11/29/06 Inmate Tony Burgin was furlough transferred to Hope Village Inc. in Washington DC. He failed to arrive at that designated facility and was placed on escape status by 11/28/06 RCI. His current whereabouts are unknown and all appropriate law enforcement officials have been notified.*

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
| *O. DW* | *11/29/06 910* | *O. Davis, Case Manager* |

| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| *Sgt C Merritt Sgt Sayn* | *8-9-06  08-14-07* | *1230  2010* |

PART II - COMMITTEE ACTION

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT

*Inmate is unable to make a statement due to him being on escape status.*

*The sentence Structure. 7/5/07*

18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:
_____ COMMITTED THE FOLLOWING PROHIBITED ACT.

_____ DID NOT COMMIT A PROHIBITED ACT.

B. ✓ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING
C. _____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDAR DAYS.

19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION

*Greater than UDC level*

*Greater than UDC level  area*

20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)

*UDC Recommends Loss of 27 days GCT*

*UDC Recommends Loss of 27 days GCT  7/5/07*

*7/5/07  1205*

21. DATE AND TIME OF ACTION *12/11/06  1451* (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

| *David J Breed* | *G Sexton / A.A.* | |
|---|---|---|
| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
| *J Breed / J Breed* | *Breed (Breed)* | |

Record Copy - Central File Record; Copy - DHO; Copy - Inmate after UDC Action; Copy - Inmate within 24 hours of Part I preparation

• United States District Court •
• For The District Of Columbia •

Date: Sept. 10-07

To: United States District Court
Criminal Division Unit
Honor Clerk, Mr. Linda Pugh
National Capitol
2 3 2 Constitution Avenue, N.W.
Washington, D.C. 20001:

From: Mr. Terry L. Burgin-El-Bey
Unit - C - # No. 22241-175-Area 101
P.O. Box 630 R.I.C.
National States
Winton, North Carolina 27986:

RECEIVED

SEP 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Hon. Clerk, Mr. L. Pugh:
        I am in Mandamus - With,
Form - With, in Hopes - that can clear
away Wrong Constitution Rights and Amendment's -
denied Me: Confinement and aid in Habeus Corpus -
Division; that have in hinderance too-fine.
        To Immediate Release." With You
and Honor Court - soon - east - Reply, Jack's
            Sincerely - so Yours -
    Also - Mr. Terry L. Burgin - El-Bey,

"Date:" 8-5-07

To: United States District Court
For The District Of Columbia,
Honorum Clerk - Mrs. Linda Pugh,
Criminal Division Unit
National Capitol
333 Constitution Avenue, N.W.
Washington, D.C. 20001:

From: Mr. Terry L. Burgin - El-Bey
Unit C - Area - No. 22241-175 - R.I.C.
P.O. Box 630
National States
Winton, North Carolina 27986:

Notice - Sudden - Transfers," and a
Fill - Writ - Habeas Corpus - Decision,
and Immediate - Release: "For an
Decision - Clear - Have - known -
Sentence - at All - Time":

RECEIVED

AUG - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2)

Dear Mr. L. Page, Clerk - Honor - mean:

I am ruching here in letter - notice; let You and Honor Court - have been transfered - out the D.C. Jail Facilities - since 8-1-07." I, spoke with You last week - Friday) - by Phone and You just recive - Habeas Corpus - and hope - have - found decision and You and Honor Court - can assist for Immediate - Release and All Honor - Deem -; since - have Know Lentence at all." As - Habeas Corpus - Decision move's all doubt."

I am, here under Federal "No. 22241-175, and D.C. 154-862,"

.... Let know same Citizency) Person - Honor Court and Capacity) Unbur being) assistance, too - Stop - Wrong Confinement and Constitution) Violations) - against - ""e - Wrongly." As, have written know Notice or Claim - have - recive at my spit - Confinement - since, 6-9-07 and, on going, even - Presently) Wait - Your Soon Honor - Habeas Corpus, - Clear - mean and Immediate) - Release. Sincere - Earnest Citizency,

Mr. Torrey J. Burgin - J Bey

Mr. Terry L. Burgin-El-Bay
Unit-C-No. 22241-175-New #101
P.O. Box 630 R.S.C.
Watona, State
Winton, North Carolina 27986

United Sta
Criminal L
Honor - Clerk
Watona, Ca
333 Conalflo
Washington,

GREEN, J.
GASCH, J

## CRIMINAL DOCKET

### United States District Court for the District of Columbia

## CR 74-138-TFH

CASE CLOSED

| PARTIES | ATTORNEYS | CRIMINAL NO. | D |
|---|---|---|---|
| UNITED STATES | U. S. ATTORNEY Bayly | 74- 138 | |
| VS. | | ORIGINAL | |
| TERRY L. BURGIN | James T. Wright-A/C | CHARGE: 21 USC 841(a)(Unlaw. | |
| PDID: | 1908-11th St. N.W. | Poss.w/Int.to Distr.Contr.Subs | |
| | | 33 DCC 402 (Unlaw.Poss.of a | |
| | | Narc Drug);22 DCC 505(b);501; | |
| | | 3202;3204(APO/w Dang.Weapon; | |
| | | Asslt.w/Int.to Kill wh/Armed; | |
| | | CDW) | |
| | | DATE FILED | BOND: |

| DATE | | PROCEEDINGS |
|---|---|---|
| 1974 Mar | 21 | INDICTMENT FILED          (5 Counts) |
| Mar | 21 | DEFENDANT committed; commitment issued. |
| Mar | 26 | ORDER dated 3-21-74 appointing James T. Wright counsel for deft. |
| | | Filed,   MARGOLIS, MAG. |
| Mar | 29 | REASSIGNED from Judge Green to JUDGE GASCH on 3-27-74.  PRATT, J |
| Apr | 1 | ARRAIGNED: Defendant handed copy of indictment; PLEA OF NOT GUILTY |
| | | entered; bond set in sum of $10,000.00; remanded. |
| | | GASCH,J   Rep-R. Mattson   J. T. Wright,Atty |
| Apr | 29 | STATUS HEARING: Plea Not Guilty withdrawn; PLEA GUILTY entered |
| | | to the lesser included offense (assault on a police officer) under |
| | | Count 3 of the indictment; Referred; Remanded. |
| | | GASCH, J.    Rep-R. Mattson    James T. Wright, Atty |
| May | 29 | CASE called for sentence: Twenty (20) months to five (5) years |
| | | concurrent with any sentence now being served; Court recommends |
| | | Springfield, Missouri; Remaining charges dismissed. JUDGMENT & COMMITMENT |

FP1-88--3-5-37--4M--963

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States *vs.* ...... TERRY L. BURGIN ...... Cr. No. .... 74- 138 ...... Supplemental Page No. ... 1

| DATE | | PROCEEDINGS |
|------|---|-------------|
| | | GASCH, J.          Rep: D. Duschaine          J. Wright, Atty. |
| 74 Jul | 10 | ORDER dated 7-10-74 appointing James T. Wright counsel for deft. Nunc Pro Tunc 3-21-74          #146443          MARGOLIS, MAG. |
| Sep | 10 | TRANSCRIPT OF PROCEEDINGS OF   5-29-74; Pages 1-10; Rep Duschaine (filed in CR 852-73) |
| Sept. | 17 | MOTION of defendant for reduction of sentence. (N)          GASCH, J. |
| Sept. | 17 | ORDER denying defendant's motion for reduction of sentence. (N)          GASCH, J. |
| Nov | 25 | PRO SE motion of the defendant for writ of Habeas Corpus.          GASCH, J. ORDER denying pro se motion of the defendant for writ of Habeas Corpus. (N)          GASCH, J. |
| Dec | 5 | NOTICE of Appeal from the denial of motion for writ of Habeas Corpus.     Copies of Notice of Appeal to AUSA, USCA; Copies of docket entries to AUSA, USCA, Atty. Deft. |
| Dec | 19 | ORDER of 12-9-74 referring appointment of counsel to U.S.C.A. GASCH, J. |
| Dec. | 23 | AFFIDAVIT in support of application to proceed without prepayment of costs with appointed counsel - GRANTED.          GASCH, J. |
| 75 Jan | 14 | RECORD on Appeal delivered USCA; receipt acknowledged USCA NO. 75-1028 |
| Jan | 29 | TRANSCRIPT of Proceedings for 4-29-74; pages 1-20; Rep. R. M^Attson |
| Feb | 3 | SUPPLEMENTAL Record on Appeal delivered 1-30-75 to USCA; receipt acknowledged. USCA NO. 75-1028. |
| Feb | 19 | CERTIFIED copy of Order USCA dated 2-18-75 denying motion for appointment of counsel and dismissing appeal. |
| Feb | 27 | TRANSMITTAL sheet from USCA returning original record from the District Court. (CONTINUED) |

# CRIMINAL DOCKET

## United States District Court for the District of Columbia

United States vs. ___ TERRY L. BURGIN ___    Cr. No. ___ 74-138 ___    Supplemental Page No. ___ 2 ___

| DATE | | PROCEEDINGS |
|---|---|---|
| 1975 Feb | 27 | ORIGINAL supplemental record containing the District Court's file copy |
| | | of the reporters transcript of proceedings, or portions-thereof |
| | | (1 vol) |