Date: 2-14-08

Copies to: Judge
AUSA – Special Proceedings
Dft.

**FILED**
FEB 19 2008
Clerk, U.S. District and
Bankruptcy Courts

CR 73-852-TFH

To: United States District Court
For The District Of Columbia
Ms. Honorious Linda Pugh, Clerk
333 Constitution Avenue, N.W.
National Capitol
Washington, D.C. 20001:

From: Mr. Terry L. Burgin-El-Bay
Unit C-2-No. 22 241-175-area 101
P.O. Box 130 R.I.C.
Halifax State
Winton, North Carolina 27986:

Dear Hon. Clerk, Ms. L. Pugh:
   I am, in wait still -
Writ Of Mandamus - Ruling, File Oct.
4-07, a USA Special Proceeding. Sept.
21-07; I recieved - Honor Court is still
Pending for Decision. CR 74-128 TFH,
CR 73-852 TFH.
   I am here enclosing Copy
Honorable Judge Gasch, J.D., "Criminal 118.15"
sheet page May 29-74,: where shows Sentence
be Dismissed, all 20 months to Five Years.
This is in need - Honor Court, too Abolish
this Ruling of Fact and Notify All Court
Agencies & release - Immediately - Cause all
Sentences - are Completed. Record Office

RECEIVED FEB 19 2008 Clerk, U.S. District and Bankruptcy Courts

2

here, Winton, N.C. R.I.C.; sent too
Texas same copy page. And, response
Records Chief here Mr. White; need
be - Court - Valid - Dated." Cause, of
lenght of time; and they are still
in need Honor Court - Valid - mess.
Return - Valid - mess and Immediate
- Release - soon as Possible; and return
enclose Docket Record Sheet D." For all
Remaining Charges - Dismissed."......
Judgement & Commitment - Sheet - D."
    Soon, as possible - await
Your Honor Court - Capacities; Valid
Decision and Ruling. Also, hope
Writ of Mandamus - Decision is
soon return. Earnest - ious - Await -
Your - Soon-iest - Response, and
Clear-ity too - Release; long over
Due."

            Sincerely, Respectfully,
            Petition Citizenry
            Mr. Terry J. Buffin-El Bey

P.S.
    Don't Forget Too Vote; concern
Election." And - Sterling - Hood,
For All - ; All - Need it; ..... Cost
of Living).

LEB 1 o SUB

# CRIMINAL DOCKET
## United States District Court for the District of Columbia

CR 74-138-TFH

~~GREEN, J.~~
GASCH, J

CASE CLOSED

| PARTIES | ATTORNEYS | CRIMINAL NO. D |
|---|---|---|
| UNITED STATES | U.S. ATTORNEY  Bayly | 74-138 |
| VS. | | ORIGINAL |
| TERRY L. BURGIN  PDID: -  DOB: 2/14/47 | James T. Wright-A/C  1908-11th St. N.W. | CHARGE: 21 USC 841(a)(Unlaw. Poss.w/Int.to Distr.Contr.Subs. 33 DCC 402 (Unlaw.Poss.of a Narc Drug);22 DCC 505(b);501; 3202;3104(APO/w Dang.Weapon; Asslt w/Int.to Kill wh/Armed; CDW) |
| | | DATE FILED:    BOND: |

| DATE | PROCEEDINGS | |
|---|---|---|
| 1974 Mar 21 | INDICTMENT FILED | (5 Counts) |
| Mar 21 | DEFENDANT committed; commitment issued. | |
| Mar 6 | ORDER dated 3-21-74 appointing James T. Wright counsel for deft. Filed.   MARGOLIS, MAG. | |
| Mar 29 | REASSIGNED from Judge Green to JUDGE GASCH on 3-27-74.   PRATT, J | |
| Apr 1 | ARRAIGNED: Defendant handed copy of indictment; PLEA OF NOT GUILTY entered; bond set in sum of $10,000.00; remanded. GASCH,J    Rep-R. Mattson    J. T. Wright,Atty | |
| Apr 29 | STATUS HEARING: Plea Not Guilty withdrawn; PLEA GUILTY entered to the lesser included offense (assault on a police officer) under Count 3 of the indictment; Referred; Remanded. GASCH, J.    Rep-R. Mattson    James T. Wright, Atty | |
| May 29 | CASE called for sentence: Twenty (20) months to five (5) years concurrent with any sentence now being served; Court recommends Springfield, Missouri; Remaining charges dismissed. JUDGMENT & COMMITMENT | |

