Date: March 14-08

CR 74-138-TFH
CR 73-852-TFH

FILED
MAR 17 2008
Clerk, U.S. District and
Bankruptcy Courts

Copies to: Judge
AUSA — Special Proceedings
Dft.

To: United States District Court
For The District Of Columbia
Honor. Clerk Ma. Linda Pugh
333 Constitution Avenue, N.W.
National Capitol
Washington, D.C. 20001:

From: Mr. Terry L. Burgin-El-Bay
C-S-# 40-22241-175-Aux. Tol
P.O. Box 630 R.J.C.
National States
Winton, North Carolina 27986:

Issue Quest: Writ Of Mandamus
elevation — How Soon too — Decision?:
Over 30 Day's:"

Dear Majistic Clerk Ma. L. Pugh:
I am, too way seeking
clue — new in Writ Of Mandamus, that
is pending in Honor District Court,
over 30 Day's: without ruling: Can
give enright view — as too when
a U.S.A. Special Proceeding Honor
Court ..... will Rule: 'Case in
question too — Honor Court to Rule-re
CR 74-138, and CR 73-852; both
TFH sections — noted by Honor Court
Proceeding — File Oct 4-07.
In, 1-24-08, wrote too

CR 73-852-TFH

RECEIVED
MAR 17 2008
Clerk, U.S. District and

-2-

See, that a decision in Mandamus Proceeding. Had be maded." Also sent a copy Commitment Docket Case sheet Criminal No. D. Honor Judge Oliver Gasch, both cases. He held and Sentence - One Sentence; as shown on - Sheet - Honor Court Records - May 2, 9-74; and sentence was 20 months to 5 years; ---- all other - Sentence, where drop." be, Sheet Docket attest - D and Jan 31-08, was sent to Judge of U.S.D. - Special Proceeding By C.J. Hogan. But Feb. 14-08, response back around 2-19-08: letter was return and, copy Sentence Sheet action to was not return "CR 74-138-TFH, CR 73-852-TFH, Commitments Sheet; was not return." Call, and spoke with Honor Clerk Mr. H. believe last of Feb.-08. Said, send Mr. a copy back as requested and, hope - Writ of Mandamus can now be - Honor Court & Judge can rule. For Sheet - Shows - Sentence been over and completed and Honorable Judge O. Gasch did Sentence and stop Sentence: as Sentence Commitment Page attest, D. - Docket Records."

Writ, Your Clerk - Appreciative - ness, return Sentence - Sheet copy; and, hope - Honor-able Judge can now - Rule. And, Immediate Release

12.

in here - now - 7/Mar. -08. Soon,
an Honor Court - Capacities - acknowledge
and Immediate Release."

Respectfully Submitted,
Yours - Citizenry - Person
Mr. Terry L. Bug in it boy

Honor Court Capacities - All - Vote,"
as - Ever - ; Best - Shall - Lead -
and United States - ; Be - Greates
and Greater."

